# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
NOV 22 2011

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MARTIN LOPEZ-GONZALO,<br><br>                    Defendant. | CASE NO. 11CR4950-JM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

8 USC 1326(a) and (b) - Deported Alien Found in the United States

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/22/11

                                            WILLIAM McCURINE, JR.
                                            UNITED STATES MAGISTRATE JUDGE